**Larry L. BUSH, Plaintiff–Appellant,**

v.

**Jack KAVANAUGH, Commissioner; Ronald Hutchinson, Warden; Sewall B. Smith, Warden; Bernard Ford, Captain; Jake Sutton, sergeant; r. euliss, Captain, Defendants–Appellees.**

No. 03–6611.

United States Court of Appeals, Fourth Circuit.

Submitted July 16, 2003.

Decided Aug. 12, 2003.

Larry L. Bush, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry L. Bush seeks to appeal an order denying the motion for recusal of the district judge. This court may exercise juris-

**248**

diction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Bush seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny the motions for preparation of transcript at government expense and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*